# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

MENTOR GRAPHICS CORPORATION,

**Plaintiff,**

v.                                          Civil No. 06-341-AA

EVE-USA, INC., EMULATION AND VERIFICATION
ENGINEERING, SA,

**Defendants.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening

the case in the event of failure to consummate final settlement within sixty (60) days of the date

of this order. Each party shall bear its own costs and fees.

Dated: November 30, 2006.

SHERYL S. McCONNELL, Clerk

by

Christine Weller, Deputy Clerk

## ORDER OF DISMISSAL